17 F.3d 1428
 Atlantic Richfield Company (ARCO), Chevron U.S.A. Inc.,
Conoco Inc., Exxon Corp., Marathon Oil Co., Mobil Oil Corp.,
Oxy USA Inc., Sheel Oil Co., Texaco, Inc., Texaco Refining
and Marketing, Inc., Tosco Corp., Union Pacific Resources Co.
v.
U.S. Department of Energy, Watkins (James D.), Secretary,
U.S. Dept. of Energy, Office of Hearings and Appeals of U.S.
Dept. of Energy, Breznay (George B.), Director, Consolidated
Edison Company of New York, Long Island Lighting Co.,
 NO. 92-7560
 United States Court of Appeals,
Third Circuit.
 Jan 21, 1994
 
 1
 Appeal From: D.Del.
 
 
 2
 APPEAL DISMISSED.